

# Fourth Court of Appeals
## San Antonio, Texas

April 16, 2014

No. 04-13-00510-CR

Juan **GARCIA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR1531
Honorable Philip A. Kazen, Jr., Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Pro se Brief is hereby GRANTED. Appellant's pro se brief, if any, is due on or before May 12, 2014. No further extensions of time will be granted.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of April, 2014.

_____
Keith E. Hottle
Clerk of Court